ANNA STARK, as Administratrix, etc., of NOAH STARK, Deceased, v. THE NATIONAL CITY BANK OF NEW YORK and TRANSAMERICA CORPORATION and RAYMOND A. MULDOON and JAMES F. CAVAGNARO and ANNA STARK, Individually. — Motion for leave to appeal to the Court of Appeals from portions of the judgment specified in the order granted, and in other respects motion denied. [See 253 App. Div. 801.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNA STARK, as Administratrix, etc., of NOAH STARK, Deceased, v. THE NATIONAL CITY BANK OF NEW YORK and Another, and RAYMOND A. MULDOON and Another, and ANNA STARK, Individually.— Motion for leave to appeal to the Court of Appeals from that portion of the judgment specified in the order granted. [See 253 App. Div. 801.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HAVANA HOTEL CORPORATION v. THE EMIGRANT INDUSTRIAL SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN S. SICKELS and HARDING JOHNSON, as Executors, etc., of AMELIA E. CAMERON, Deceased. JOHN S. SICKELS and HARDING JOHNSON, as Executors, etc. ST. LUKE'S HOME FOR AGED WOMEN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BARNEY'S CLOTHES, INC., v. W. B. O. BROADCASTING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EMPIRE TRUST COMPANY v. JOSEPH MERCADANTE and MARY S. MERCADANTE.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

STANLEY P. WOODARD v. PHILIP DERONDE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MAX FEIG v. HENRY E. BRUCKMAN, Chairman, and Others, Individually and as Commissioners Constituting the State Liquor Authority and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HYMAN GOODMAN and PAYA GOODMAN v. THIRD AVENUE RAILWAY COMPANY and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

(March 22, 1938.)

CHARLOTTE LIPKIND v. THOMAS R. WARD and Others.— Motion granted, and appeal transferred to the Third Department of this court for hearing and determination. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.